**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02421-REB

RAYMOND MARTINEZ,

    Petitioner,

v.

ARISTEDES ZAVARA, Executive Director, Colorado Department of Corrections, and
COLORADO ATTORNEY GENERAL,

    Respondents.

## MINUTE ORDER[1]

    The matter comes before the court on petitioner's **Motion Requesting Status of Case** [#25] filed October 12, 2010. The matter is now at issue and the court will issue a ruling as soon as practicable.

    Dated: October 13, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.