IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02421-REB

RAYMOND MARTINEZ,

    Petitioner,

v.

ARISTEDES ZAVARA, Executive Director, Colorado Department of Corrections, and
COLORADO ATTORNEY GENERAL,
    Respondents.

## ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

It is hereby ORDERED that the Clerk of the Court for the District Court of the City and County of Denver, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in *People v. Raymond Martinez*, Denver County District Court, **Case No. 02CR4290**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before November 15, 2010.**

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the District Court of the City and County of Denver, by

facsimile to (720) 865-8582 and by regular mail to Clerk of the Court, 1437 Bannock St., Rm 256, Denver, CO 80202.

DATED at Denver, Colorado, October 15, 2010.

BY THE COURT:

Robert E. Blackburn
United States District Judge